UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven Armstrong, et al.,

Plaintiffs,

v.

Great Lakes Higher Education Corporation,

Defendant.

Civil No. 00-1543 JRT/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All motions which seek to amend the pleadings or add parties must be served by October 1, 2000.

   b. All discovery shall be commenced in time to be completed by April 1, 2001.

   c. No more than 25 interrogatories, including all discrete subparts, shall be served by any party.

   d. No more than 75 Requests for Admission shall be served by any party.

   e. No more than 50 Document Requests shall be served by any party.

   f. No more than 15 non-expert depositions shall be taken by any party.

   g. All nondispositive motions and supporting

FILED 8/23/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

documents, including those which relate to discovery, shall be served by May 1, 2001. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By all parties on or before February 1, 2001, with respect to initial experts.

2) By all parties on or before March 1, 2001, with respect to rebuttal experts.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By all parties on or before February 1, 2001, with respect to initial expert reports.

2) By all parties on or before March 1, 2001, with respect to rebuttal expert reports.

c. Each party may depose no more than 3 expert witnesses on or before May 1, 2001.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed prior to July 1, 2001.

b. Judge Tunheim's Calendar Clerk, Lou Jean

Gleason, (612-664-5083), will contact counsel with a hearing date after all papers have been submitted.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial

a. This case shall be ready for trial no later than September 1, 2001, at which time it will be placed on the court's non-jury trial calendar.

b. Trial is estimated to last 3-5 trial days.

DATED: Aug 22, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA

CIVIL 00-1543 JRT DATE 8-18-00 CHIEF MAGISTRATE JUDGE NOEL

Armstrong et al — Tom Jacobson

Plaintiff(s)

v.

Great Lakes Higher Education Corp. — Ian Pilz

Defendant(s)

v.

Third-Party Defendant(s)

**PRETRIAL CONFERENCE**

A. DESCRIPTION OF THE CASE

1. Nature of the case: ERISA claim for severance benefits -

2. Legal and factual issues:

a) Liability: ERISA plan interpretation

b) Damages: Πs seek 93,680.00 + interest. Δ offer 0

B. THE PLEADINGS

1. All filed? yes

a. Anticipated amendments? yes

b. Additional parties? Maybe

2. Jury demand:

a. yes (no)

b. Any issue with respect to jury demand? Yes; Π's want one

3. Amend Pleadings:

a. Add parties/claims/defenses 10/1/00

b. Punitive damages motion ____________

C. DISCOVERY

1. Limitations on Discovery:

a) Interrogatories 25
b) Depositions 15
c) Requests for Admission 75
d) Document Requests 50
e) Rule 35 Medical Exam ______
f) Other ______

2. Pre-Discovery Disclosures ______

3. Discovery cut-off 4/1/01

4. Other deadlines ____________

5. Experts: (YES) NO

a. Identity ____________
~~Plaintiff~~ Initial 2/1/01 ~~Defendant~~: Rebuttal 3/1/01

b. Substance of Testimony ____________
~~Plaintiff~~ Initial 2/1/01 ~~Defendant~~: Rebuttal 3/1/01

c. Depositions; Number 3 ; Date 5/1/01

D. MOTIONS

1. Non-dispositive 5/1/01

2. Dispositive 7/1/01

E. TRIAL READINESS

a. Estimated Trial Time: 3-5 days

b. Trial Ready Date: 9/1/01

FLN

FRANKLIN L. NOEL
Chief Magistrate Judge