ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Steven Armstrong, Darla Aman, Ky Helseth, Mike McLeod, and Doug Sandstrom,

**COURT FILE No. 00-1543 JRT/FLN**

Plaintiffs,

v.

Great Lakes Higher Education Corporation, a Wisconsin Corporation,

Defendant.

---

## MOTION TO ENLARGE TIME

---

COMES NOW, Plaintiffs and Defendant in the above action, and jointly request that the Court enlarge the time for filing summary judgment motions from July 1, 2001, as currently scheduled, to August 7, 2001. In support of this Motion, the parties state as follows:

1. Both parties believe that the dispute in this action may be susceptible to decision on summary judgment, either in favor of Plaintiffs or in favor of the Defendant.

2. The parties have completed discovery and intend to brief the issues on summary judgment.

3. District of Minnesota Local Rule 7.1 contemplates that motions for summary judgment will be served on the opposing party 28 days prior to filing with the Court.

4. The parties anticipate that they will serve summary judgment motions no later than July 6, 2001, opposition briefs no later than July 26, 2001 and reply briefs no later than August 2, 2001. The parties intend to file their summary judgment motions pursuant to Local Rule 7.1 within five calendar days thereafter.

FILED JUL 0 6 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

5. As this case may be susceptible to resolution on summary judgment, the parties and the Court may benefit from avoiding the three to five day bench trial that otherwise would be necessary. The relief requested, therefore, is in interests of judicial efficiency and the fair, just and speedy determination of the action. Fed.R.Civ.P.1.

Dated this 20th day of June, 2001.

Respectfully submitted

**MICHAEL BEST & FRIEDRICH LLP**

By: ______________________
Ian A. J. Pitz
One South Pinckney Street
P.O. Box 1806
Madison, WI 53701-1806
Telephone: (608)257-3501
Attorneys for Defendant

**LOMMEN, NELSON, COLE & STAGEBERG, P.A.**

By: ______________________
Thomas R. Jacobson
Grandview Professional Building
400 S. Second St., Suite 210
Hudson, WI 54016
Telephone: (715)381-7106 or 386-8217
Attorneys for Plaintiffs