ORIGINAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

Steven Armstrong, Darla Aman, Ky Helseth, Mike McLeod, and Doug Sandstrom,

Plaintiffs,

v.

Great Lakes Higher Education Corporation, a Wisconsin Corporation,

Defendant.

**COURT FILE No. 00-1543 JRT/FLN**

# ORDER

Based upon the files, records and proceedings in this case, and the joint motion of the parties to enlarge time, IT IS HEREBY ORDERED that the parties Motion is GRANTED.

The deadline for filing of summary judgment motions shall be enlarged from July 1, 2001 to August 7, 2001.

Dated this 5th day of June, 2001.

BY THE COURT:

Hon. Judge, United States District Court

Q:\CLIENT\096617\0043\B0076678

FILED JUL 06 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS