RECEIVED
APR 1 2002
JUDGE TUNHEIM
CHAMBERS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Steven Armstrong, Darla Aman, Ky Helseth, Mike McLeod, and Doug Sandstrom,

Plaintiffs,

vs.

Great Lakes Higher Education Corporation, a Wisconsin Corporation,

Defendant.

**Civil No. 00-1543 JRT/FLN**

---

**STIPULATION OF DISMISSAL**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties hereto, that the above-entitled action be dismissed on the merits with prejudice and without costs to any party.

Dated this 12 day of April, 2002.

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

BY [signature]

Thomas R. Jacobson, I.D. No. 49487
Attorney for Plaintiffs
400 South Second Street, Suite 210
Hudson, WI 54016
(715) 386-8217

APR 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated this 15th day of April, 2002.

MICHAEL, BEST & FRIEDRICH, LLP

BY ______________________________

Ian A. Pitz, I.D. No. 23347X
Attorneys for Defendant
One South Pickney Street
P. O. Box 1806
Madison, WI 53701-3501
(608)257-3501

**IT IS SO ORDERED.**

Dated 4-19/2002

______________________________
John R. Tunheim
United States District Court